134 A.3d 50

In the Interest of D.C.D., a Minor.

Petition of Commonwealth of Pennsylvania.

Supreme Court of Pennsylvania.

March 29, 2016.

## ORDER

PER CURIAM.

AND NOW, this 29 day of March, 2016, the Petition for Allowance of Appeal is GRANTED. The issue, as stated by petitioner, is:

(1) In interpreting Juvenile Court Rules 631 and 632; does a Juvenile Court abuse its discretion when it terminates delinquency supervision of a Juvenile Sex Offender early, despite also making a contemporaneous finding that the juvenile has a need for continued supervision and treatment requiring placement at a residential treatment facility based upon the escalating violations of sexually offending other patients while in a different Residential Treatment Facility.